UNITED STATES OF AMERICA
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  Case Number:  3:09-cr-300-J-25MCR

DONNA NELSON GURLIDES
_____/

## AMENDED MOTION FOR CONTINUANCE OF TRIAL

COMES NOW Defendant, **DONNA NELSON GURLIDES,** by and through her undersigned attorney, and moves this Honorable Court to continue the trial scheduled for Monday, February 1, 2010 in this cause.  As grounds, Defendant states the following:

1. The attorney of record is not prepared for the trial of this cause.

2. The attorney of record was court appointed on Thursday, January 28, 2010.  The undersigned attorney has not had an opportunity to review discovery nor has met with the Defendant as of the time of filing this motion.  The undersigned attorney requests a ninety day continuance so that he can adequately prepare for the trial in this matter.

3. The undersigned attorney has contacted Ronald Henry, Assistant United States Attorney and he is not opposed to the aforesaid motion.

4. This motion is filed in good faith and not for dilatory purposes.

WHEREFORE, Defendant respectfully requests this Honorable Court to reschedule the Trial date in this cause.

_____
Wade M. Rolle, Esquire
Florida Bar Number: 0881198
4730 Norwood Avenue
Jacksonville, Florida 32206
(904)766-7339

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on January 28, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of the electronic filing to the following:

Ronald Henry
Ronald.Henry@usdoj.gov

      I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants.

None.

_____
Wade M. Rolle, Esquire